UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN TOLEDO, ARTURO CRUZ VELASCO,
and DAVID CRUZ,
*on behalf of themselves, FLSA Collective Plaintiffs,
and the Class*

                           Plaintiffs,

                Case No. 21-cv-00876-JGK

v.

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

DANTE GROVE ST LLC
    d/b/a DANTE,
PERRY & HUDSON LLC
    d/b/a DANTE WEST VILLAGE,
LINDEN PRIDE, NATALIE HUDSON,
JAMES SYMOND, and CHRISTOPHER CHEUNG,

                           Defendants.

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Franklin Toledo, Arturo Cruz Velasco, and David Cruz hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated October 13, 2021 and annexed hereto as **Exhibit A**.

Dated: October 14, 2021

                                    Respectfully submitted,

                        By:

                                    C.K. Lee, Esq. (CL 4086)
                                    LEE LITIGATION GROUP, PLLC
                                    148 West 24th Street, 8th Floor
                                    New York, NY 10011
                                    Tel.: (212) 465-1188
                                    Fax: (212) 465-1181
                                    *Attorney for Plaintiffs*