**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FRANKLIN TOLEDO, ARTURO CRUZ VELASCO,
and DAVID CRUZ,
*on behalf of themselves, FLSA Collective Plaintiffs,
and the Class*

                              Plaintiffs,

                              Case No. 21-cv-00876-JGK

    v.

                              [~~PROPOSED~~]
                              **RULE 68 JUDGMENT**

DANTE GROVE ST LLC
   d/b/a DANTE,
PERRY & HUDSON LLC
   d/b/a DANTE WEST VILLAGE,
LINDEN PRIDE, NATALIE HUDSON,
JAMES SYMOND, and CHRISTOPHER CHEUNG,

                              Defendants.

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Dante Grove St. LLC d/b/a Dante, Perry & Hudson LLC d/b/a Dante West Village, Linden Pride, and Natalie Hudson (collectively, "Defendants") having offered to allow Plaintiffs Franklin Toledo, Arturo Cruz Velasco, and David Cruz ("Plaintiffs") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), inclusive of all damages, attorneys' fees and costs, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 13, 2021 and filed as Exhibit A to Docket Number 39;

    **WHEREAS**, on October 14, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 39);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Franklin Toledo, Arturo Cruz Velasco, and David Cruz, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 13, 2021 and filed as Exhibit A to Docket Number 39.

**SO ORDERED:**

Dated:   10/15, 2021
     New York, New York

                                              U.S.D.J.