UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANKLIN TOLEDO, et al.,

                    Plaintiffs,

      -against-

DANTE GROVE ST LLC, et al.,

                    Defendants.
------------------------------------------------------------X

21-CV-00876 (JGK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On April 28, 2021, a Certificate of Default was issued as to Defendants James Symond and Christopher Cheung. ECF No. 29. Since the certificate's issuance, the Honorable John G. Koeltl entered judgment in favor of Plaintiffs pursuant to Rule 68 of the Federal Rules of Civil Procedure and terminated all other defendants in the case.

      No later than December 1, 2021, Plaintiffs shall file a letter informing the Court whether they intend to move for default judgment against Defendants Symond and Cheung, who are now the only two defendants remaining.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    New York, New York
                 November 22, 2021